# United States Court of Appeals
**For the Seventh Circuit**
Chicago, Illinois 60604

August 6, 2015

*By the Court*:

| | |
|---|---|
| ANDREW C. KOONS,<br>　　*Petitioner-Appellant*, | On Petition for Rehearing. |
| No. 15-2465 | |
| 　　*v.* | |
| UNITED STATES OF AMERICA,<br>　　*Respondent-Appellee*. | |

**O R D E R**

　　Andrew Koons has filed a "Motion for Collateral Review of the Appeals Court Order," which we construe as a petition for rehearing of this court's order denying his application for leave to file a successive collateral attack. This court is not authorized to consider Koons' motion, 28 U.S.C. § 2244(b)(3)(E), which shall be filed without further action by the court. In any case, although Koons is correct that one of his four prior convictions qualifies only under the residual clause, he also has three priors for listed offenses that, even under *Johnson v. United States*, 135 S. Ct. 2551 (2015), are legally sufficient to subject him to the armed career criminal enhancement.